BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WADE FINKENKELLER**<br>xxx-xx-xxxx<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV-11-1261 GGH<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from November 7, 2011, to December 7, 2011.  This extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1  Dated: November 2, 2011              */s/Bess M. Brewer*
                                        BESS M. BREWER
2                                        Attorney at Law

3                                        Attorney for Plaintiff

4

5
   Dated: November 2, 2011              Benjamin B. Wagner
6
                                        United States Attorney
7
                                        Donna L. Calvert
8                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration
9
                                        /s/ Lynn M. Harada
10                                       LYNN M. HARADA

11                                       Special Assistant United States Attorney
                                        Attorneys for Defendant
12

13                                              **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED: November 3, 2011

16

17                                        /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE
18
    Fink1261.eot.wpd
19

20

21

22

23

24

25

26

27

28