BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WADE FINKENKELLER**<br>xxx-xx-xxxx<br><br>          Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>          Defendant. | Case No. CIV - 11-1261 GGH<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from December 7, 2011, to January 10, 2012.  This additional extension is required due to Plaintiff's counsel's crowded briefing schedule and need for older cases to take priority.

/ / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 7, 2011 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 7, 2011        Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Lynn M. Harada
LYNN M. HARADA

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 9, 2011

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE