1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 **JESSE WADE FINKENKELLER**         )   Case No. CIV - 11-1261 GGH
   xxx-xx-xxxx                         )
12                                     )
                                       )   **STIPULATION AND**
13                                     )   **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**              )   **TIME TO FILE SUMMARY**
14                                     )   **JUDGEMENT MOTION**
   v.                                  )
15                                     )
   **MICHAEL J. ASTRUE**               )
16 **Commissioner of Social Security** )
   **of the United States of America,**)
17                                     )
           **Defendant.**              )
18                                     )
   _____)
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from December 7, 2011, to January

22 10, 2012.  This additional extension is required due to Plaintiff's counsel's crowded briefing schedule

23 and need for older cases to take priority.

24

25

26  / / /

27  / / / /

28  / / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 7, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 7, 2011         Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Lynn M. Harada
LYNN M. HARADA

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 9, 2011

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2