1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12
                                    **SACRAMENTO DIVISION**
13
   JESSE WADE FINKENKELLER,         )    CIVIL NO.: 2:11-CV-01261-GGH
14                                  )
          Plaintiff,                )    STIPULATION AND ORDER FOR AN
15                                  )    EXTENSION OF TIME
                                    )
16            v.                    )
                                    )
17 MICHAEL J. ASTRUE,               )
   Commissioner of                  )
18 Social Security,                 )
                                    )
19        Defendant.                )
20 _____  )

21

22     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

23 record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

24 March 5, 2012 to April 20, 2012.  This is Defendant's first request for an extension of time to respond to

25 Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response

26

27 in this matter.

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                    Respectfully submitted,

Dated: March 2, 2012             /s/ *Bess M. Brewer*
                                           (As authorized via e-mail on 3/1/12)
                                           BESS M. BREWER
                                           Attorney for Plaintiff

Dated: March 2, 2012             BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                             By:     */s/ Lynn M. Harada*
                                           LYNN M. HARADA
                                           Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 5, 2012

                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE