1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12
                        **SACRAMENTO DIVISION**
13
   JESSE WADE FINKENKELLER,        )   CIVIL NO.: 2:11-CV-01261-GGH
14                                 )
        Plaintiff,                 )   STIPULATION AND ORDER FOR AN
15                                 )   EXTENSION OF TIME
                                   )
16           v.                    )
                                   )
17 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
18 Social Security,                )
                                   )
19      Defendant.                 )
                                   )
20 _____)

21

22      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

23 record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days

24 from April 20, 2012 to May 21, 2012.  This is Defendant's second request for an extension of time to

25 respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare

26 a response in this matter.

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 17, 2012　　　　　　　　　/s/ *Bess M. Brewer*
(As authorized via e-mail on 4/17/12)
BESS M. BREWER
Attorney for Plaintiff

Dated: April 17, 2012　　　　　　　　　BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:　*/s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

ORDER

**No further extensions will be approved.**

APPROVED AND SO ORDERED:

Dated: April 19, 2012

　/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 2:11-CV-01261-GGH　　　2