```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    LYNN M. HARADA, CSBN 267616
 4  Special Assistant United States Attorney
 5
        160 Spear Street, Suite 800
 6      San Francisco, California  94105
        Telephone:  (415) 977-8977
 7      Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JESSE WADE FINKENKELLER, ) | CIVIL NO.: 2:11-CV-01261-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF TIME |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from April 20, 2012 to May 21, 2012.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 17, 2012         /s/ *Bess M. Brewer*
                              (As authorized via e-mail on 4/17/12)
                              BESS M. BREWER
                              Attorney for Plaintiff


Dated: April 17, 2012         BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                      By:     */s/ Lynn M. Harada*
                              LYNN M. HARADA
                              Special Assistant United States Attorney


ORDER

**No further extensions will be approved.**

APPROVED AND SO ORDERED:


Dated: April 19, 2012

                               /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 2:11-CV-01261-GGH         2